133 A.3d 737

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Lorne Brett HOPKINS, Jr., Respondent.**

Supreme Court of Pennsylvania.

March 24, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of March, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Whether, under Pennsylvania law, a search warrant should be invalidated and the resulting evidence suppressed where an affiant truthfully and accurately recites statements made by a self-incriminating co-defendant in an affidavit of probable cause, but the falsity of the co-defendant's statements could not be discovered prior to the issuance of the search warrant?

Justice WECHT did not participate in the consideration or decision of this matter.